SETH BRUNSON, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Opinion Filed June 18, 1915.

The evidence does not support the verdict.

Writ of Error to Criminal Court of Record, Duval County; J. M. Peeler, Judge.

Judgment reversed.

*Frank D. Brennan,* for Plaintiff in Error;

*T. F. West, Attorney General,* and *C. O. Andrews, Assistant,* for the State.

PER CURIAM.—A careful reading of the testimony convinces us that the crime of assault with intent to rape, of which the·plaintff in error was convicted, has not been made out.

We shall not set out this testimony. We think our prior decisions in Rushton v. State, 58 Fla. 94, 50 South. Rep. 486; Clark v. State, 56 Fla. 46, 47 South. Rep. 481, and Hunter v. State, 29 Fla. 486, 10 South. Rep. 730, lead us to a reversal of this judgment.

Judgment reversed.

TAYLOR, C. J., and COCKRELL, WHITFIELD and ELLIS, JJ., concur.

SHACKLEFORD, J., dissents.